# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
### *Dallas Division*

Tony and Mii's Inc.
Plaintiff

v.

3:17-cv-00609-B
Civil Action No.

United States of America
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Tony and Mii's Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Tony Thangsongcharoen and Somnuek Thangsongcharoen.

| | |
|---|---|
| Date: | 3/1/17 |
| Signature: | /s/ Jason Freeman |
| Print Name: | Jason B. Freeman |
| Bar Number: | 24069736 |
| Address: | 2595 Dallas Parkway, Suite 420 |
| City, State, Zip: | Frisco, Texas 75034 |
| Telephone: | (214) 984-3410 |
| Fax: | (214) 984-3409 |
| E-Mail: | jason@freemanlaw-pllc.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons