UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY THANGSONGCHAROEN, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-00609-B |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT AND DESINATION OF MEDIATION

The parties respond as follows to the Court's Order of March 9, 2018 [Dct. #25]:

The parties timely selected a mediator, David Coffin, on April 13, 2018, but neglected to inform the Court as to this designation. The parties apologize for this oversight. Mr. Coffin's information is as follows:

    David B.Coffin, JD
    David Coffin, PLLC
    300 Miron Dr.
    Southlake, TX 76092
    Telephone: (817) 251-7049
    Fax: (817) 796-1498
    dcoffin@davidcoffinlaw.com

Respectfully submitted,

| | |
|---|---|
| By: /s/ Jason B. Freeman<br>Jason B. Freeman<br>TX Bar # 24069736<br>Freeman Law, PLLC<br>2595 Dallas Parkway, Suite 420<br>Frisco, Texas 75034<br>Telephone: 214.984.3410<br>Fax: 214.984.3409<br>Jason@freemanlaw-pllc.com<br>ATTORNEY FOR PLAINTIFFS | By: /s/ Curtis C. Smith<br>CURTIS C. SMITH<br>Attorney, Tax Division<br>State Bar No. Arizona 026374<br>Department of Justice<br>717 N. Harwood St., Suite 400<br>Dallas, Texas 75201<br>(214) 880-9734<br>(214) 880-9742 (FAX)<br>Curtis.C.Smith@USDOJ.gov<br>ATTORNEYS FOR THE UNITED STATES |