IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. <br> TONY THANGSONGCHAROEN, and <br> SOMNUEK THANGSONGCHAROEN <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § §  Case No. 3:17-cv-609-B |

**ORDER ON STIPULATED MOTION TO MODIFY SCHEDULING ORDER**

Before the Court is the parties' stipulated motion to modify the scheduling order. Doc. 30. For the reasons stated in the motion, and for good cause showing, the Court **GRANTS** the motion. Plaintiff shall make its expert disclosures by September 14, 2018, and the United States shall make its disclosures by October 19, 2018.

**SO ORDERD.**

   SIGNED: _____, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE