IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. §<br>TONY THANGSONGCHAROEN, and §<br>SOMNUEK THANGSONGCHAROEN §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>UNITED STATES OF AMERICA, §<br>§<br>Defendant. § | Case No. 3:17-cv-609-B |

**ORDER ON UNITED STATES' UNOPPOSED MOTION FOR RELIEF FROM ORDER REQUIRING AN EXECUTIVE OFFICER WITH FULL SETTLEMENT AUTHORITY PERSONALLY ATTEND THE COURT-ORDERED MEDIATION**

Before the Court is the United States' unopposed motion for relief from Order Requiring an Executive Officer with Full Settlement Authority to Personally Attend the Court-Ordered Mediation. For the reasons stated in the motion, and for good cause showing, the Court **GRANTS** the motion. The mediation will be attended by the United States as represented in the United States' motion.

**SO ORDERD.**

SIGNED: _____, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE