IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. <br> TONY THANGSONGCHAROEN, and <br> SOMNUEK THANGSONGCHAROEN <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § § Case No. 3:17-cv-609-B |

## ORDER ON UNITED STATES' UNOPPOSED MOTION FOR RELIEF FROM ORDER REQUIRING AN EXECUTIVE OFFICER WITH FULL SETTLEMENT AUTHORITY PERSONALLY ATTEND THE COURT-ORDERED MEDIATION

Before the Court is the United States' unopposed motion for relief from Order Requiring an Executive Officer with Full Settlement Authority to Personally Attend the Court-Ordered Mediation. For the reasons stated in the motion, and for good cause showing, the Court **GRANTS** the motion. The mediation will be attended by the United States as represented in the United States' motion.

SO ORDERD.

SIGNED: Oct 18, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE