# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DIVISION

### ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:17-cv-00609-B
2. Style of case: Tony Thangsongcharoen et al. v. United States
3. Nature of suit: Tax - 26 USC 7433 Damages Against the US.
4. Method of ADR used: ☒ Mediation ☐ Mini-Trial ☐ Summary Jury Trial
5. Date ADR session was held: October 30, 2018
6. Outcome of ADR (*Select one*):
   ☐ Parties did not use my services.　　☐ Settled, in part, as a result of ADR.
   ☐ Settled as a result of ADR.　　☒ Parties were unable to reach settlement.
   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $ $3,298.75
8. Duration of ADR: 4 hours (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Provider) David B. Coffin　　　　　　Adam Flick, IRS, Defendant
   Plaintiff Tony Thangsongcharoen　　Kim Kazda, IRS, Defendant
   Plaintiff Mii Thangsongcharoen　　　Airelle Mills, IRS, Defendant
   Counsel on page 2　　　　　　　　　Counsel on page 2

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _____　　10/31/2018
    Signature　　　　　　　　　　　　　　Date

    300 Miron Dr., Southlake, TX 76092　　817-251-7049
    Address　　　　　　　　　　　　　　　Telephone

### Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: Jason Freeman, Esq., Plaintiff  
Firm: Freeman Law PLLC  
Address: 2595 Dallas Parkway, Suite 420  
Frisco, TX 75034  
Phone: (214) 984-3410

Name: Curtis, Smith, Esq., Defendant  
Firm: US DOJ, Tax Division  
Address: 717 N. Harwood, Suite 400  
Dallas, TX 75201  
Phone: (214) 880-9736

Name:  
Firm:  
Address:  
Phone:

Name: Andrew Sobotka, Esq., Defendant  
Firm: US DOJ, Tax Division  
Address: 717 N. Harwood, Suite 400  
Dallas, TX 75201  
Phone: (214) 880-9721

Name:  
Firm:  
Address:  
Phone:

Name:  
Firm:  
Address:  
Phone:

Name:  
Firm:  
Address:  
Phone:

Name:  
Firm:  
Address:  
Phone:

## **CERTIFICATE OF SERVICE**

On October 31, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/S/David B. Coffin
David B. Coffin