IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. §<br>TONY THANGSONGCHAROEN, and §<br>SOMNUEK THANGSONGCHAROEN §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>UNITED STATES OF AMERICA, §<br>§<br>Defendant. § | Case No. 3:17-cv-609-B |

**STIPULATED MOTION FOR SECOND MODIFICATION OF
SCHEDULING ORDER AND CONTINUANCE OF TRIAL SETTING**

Plaintiffs, Tony and Mii's, Inc., Tony Thangsongcharoen, and Somnuek Thangsongcharoen, by and through undersigned counsel, and Defendant, United States of America, by and through undersigned counsel, hereby jointly move the Court for a modification of the Scheduling Order [Doc. #25], and for a continuance of the trial, currently set for April 1, 2019.  The parties have engaged in written discovery, have exchanged expert reports, have attended mediation, and are in the process of taking depositions.  Given the availability of witnesses over the next several months, the parties jointly request an extension of the scheduling order deadlines for approximately sixty (60) days.  The parties jointly request extension of the following dates:

1) Deadline for Dispositive Motions from January 2, 2019 to March 5, 2019;

2) Deadline for Completion of Discovery from December 3, 2018 to February 5, 2019;

3) Deadline for Pretrial Disclosures and Objections from February 15, 2019 to April 15, 2019;

4) Deadline for Pretrial Materials from March 18, 2019 to May 20, 2019

5) Pretrial Conference from March 29, 2019 to a date convenient for the Court, but after May 30, 2019;

6) Trial Date from April 1, 2019, to a date convenient for the Court, but after June 3, 2019.

This is the parties' second request for a modification of the scheduling order, but the first request for a continuance of the trial date. The parties are not making this request for purposes of delay, but rather so they can fully take discovery in this matter and accommodate the scheduling of witness depositions during the holiday season.

Respectfully submitted,

| | |
|---|---|
| /s/ Curtis C. Smith | /s/ Jason B. Freeman (with permission) |
| Curtis C. Smith | Jason B. Freeman |
| State Bar No. AZ 026374 | TX Bar # 24069736 |
| Trial Attorney, Tax Division | Freeman Law, PLLC |
| U.S. Department of Justice | 2595 Dallas Parkway, Suite 420 |
| 717 N. Harwood, Suite 400 | Frisco, Texas 75034 |
| Dallas, Texas 75201 | Telephone: 214.984.3410 |
| (214) 880-9734 | Fax: 214.984.3409 |
| (214) 880-9741(fax) | Jason@freemanlaw-pllc.com |
| **ATTORNEY FOR UNITED STATES** | **ATTORNEY FOR PLAINTIFFS** |

CERTIFICATE OF SERVICE

It is hereby certified, that on November 8, 2018, I filed the foregoing using the Clerk's ECF system which will serve an electronic copy on the following:

Jason B. Freeman
Freeman Law, PLLC
2595 Dallas Parkway, Suite 420
Frisco, Texas 75034
Jason@freemanlaw-pllc.com

Counsel for all Plaintiffs

    /s/Curtis C. Smith
CURTIS C. SMITH