**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

TONY AND MII'S, INC.         §
TONY THANGSONGCHAROEN, and    §
SOMNUEK THANGSONGCHAROEN    §    Case No. 3:17-cv-609-B
                              §
        Plaintiffs,           §
                              §
        vs.                §
                              §
UNITED STATES OF AMERICA,     §
                              §
        Defendant.         §

**ORDER ON STIPULATED MOTION TO MODIFY SCHEDULING ORDER
AND FOR CONTINUANCE OF TRIAL SETTING**

Before the Court is the parties' stipulated motion for a second modification of the

scheduling order and for a continuance of the trial in this matter, currently set for April 1, 2019.

For the reasons stated in the motion, and for good cause showing, the Court **GRANTS** the

motion.  The Scheduling Order [D.E. 25] in this matter is hereby modified as follows:

The Deadline for Dispositive Motions is March 5, 2019;

The Deadline for Completion of Discovery is February 5, 2019;

The Deadline for Pretrial Disclosures and Objections is April 15, 2019;

The Deadline for Pretrial Materials is May 20, 2019;

The Pretrial Conference is set for _____, 2019; and

The Trial Date is set for _____, 2019.

**SO ORDERD.**

     **SIGNED:** _____, **2018.**

                                  _____

                                  JANE J. BOYLE
                                  UNITED STATES DISTRICT JUDGE