IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC.<br>TONY THANGSONGCHAROEN, and<br>SOMNUEK THANGSONGCHAROEN<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | §<br>§<br>§   Case No. 3:17-cv-609-B<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND FOR CONTINUANCE OF TRIAL SETTING

Before the Court is the parties' stipulated motion for a modification of the scheduling order (Doc. 35). For the reasons stated in the Motion, and for good cause showing, the Court **GRANTS** the Motion. For instructions on what must be filed before each deadline, the parties can refer to the original Scheduling Order (Doc. 25). The Scheduling Order is hereby modified as follows:

The Deadline for Dispositive Motions is March 5, 2019;

The Deadline for Completion of Discovery is February 5, 2019;

The Deadline for Pretrial Disclosures and Objections is April 15, 2019;

The Deadline for Pretrial Materials is May 20, 2019;

The Pretrial Conference is set for May 31, 2019 at 10:00 AM; and

The Trial Date is set for this Court's four-week docket beginning June 3, 2019.

**SO ORDERD.**

SIGNED: _Nov. 9_____, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE