IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. § <br> TONY THANGSONGCHAROEN, and § <br> SOMNUEK THANGSONGCHAROEN, § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | Case No. 3:17-cv-609-B |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

In order to assure proper notification of all Court settings in this proceeding, please enter the appearance of the below-named individual as lead counsel for the United States of America (Internal Revenue Service) in the above proceeding and forward notices of settings and hearings, pleadings and papers filed in this action to her at:

    Moha P. Yepuri
    Attorney, Tax Division
    U.S. Department of Justice
    717 N. Harwood, Suite 400
    Dallas, Texas 75201

    ERIN NEALY COX
    United States Attorney

    */s/ Moha P. Yepuri*
    MOHA P. YEPURI
    Attorney, Tax Division
    Texas State Bar No. 24046651
    U.S. Department of Justice
    717 N. Harwood St., Suite 400
    Dallas, Texas 75201
    (214) 880-9767
    (214) 880-9741 (Facsimile)
    Attorney for United States
    Moha.P.Yepuri@usdoj.gov

    ATTORNEYS FOR UNITED STATES

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Entry of Appearance and Request for Notice has been made this 7th day of December 2018, by electronic means listed on the Court's ECF Noticing System to:

Jason B. Freeman
Freeman Law, PLLC
2595 Dallas Parkway, Suite 420
Frisco, Texas 75034
Jason@freemanlaw-pllc.com
Counsel for all Plaintiffs

                                                                 /s/ Moha P. Yepuri
                                                               MOHA P. YEPURI