IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY AND MII'S, INC., et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-609-B |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### ORDER

By electronic order of reference filed December 7, 2018, before the Court for determination is *United States' Emergency Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) and Brief*, filed December 7, 2018 (doc. 38). Having reviewed the motion and the requested relief to determine the nature of the alleged emergency, the Court finds that no harm or prejudice to the parties will result if the five depositions that are the subject of the motion, (*see* doc. 38-1), are stayed pending expedited briefing and consideration of the motion. The five depositions that are the subject of the above-referenced motion is hereby **STAYED** pending further order of this Court.

The respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Monday, December 17, 2018**. The movant may not file a reply.

An oral argument has been scheduled for **Wednesday, December 19, 2018, at 9:00 a.m.** in courtroom 1566. Unless otherwise ordered, the motion will be determined based on the relevant filings. No evidence will be received at the oral argument. **Counsel for all parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

permission of the Court will result in appropriate sanctions.

    **SO ORDERED** on this 7th day of December, 2018.

                                                                                                      _____
                                                                                                      IRMA CARRILLO RAMIREZ
                                                                                                      UNITED STATES MAGISTRATE JUDGE