## Smith, Curtis C. (TAX)

| | |
|---|---|
| **From:** | Jason Freeman <Jason@freemanlaw-pllc.com> |
| **Sent:** | Tuesday, December 04, 2018 5:47 PM |
| **To:** | Smith, Curtis C. (TAX) |
| **Cc:** | Lindsey Boudreaux |
| **Subject:** | Mii's |
| **Attachments:** | NOTICE OF DEPO - COLEMAN.pdf; NOTICE OF DEPO - GILMORE.pdf; NOTICE OF DEPO - MCGEE.pdf; NOTICE OF DEPO - DANIEL.pdf; NOTICE OF DEPO - SAY.pdf |

Curtis,

Good evening.  Please find attached deposition notices for the following depositions:

Darlene Coleman – December 10th at Freeman Law
Shane Gilmore – December 11th at Freeman Law
Terry McGee – December 11th at Freeman Law
Jeffrey Daniel – December 19th  - Baton Rouge Location - 2600 CitiPlace Court
                Suite 375, Baton Rouge, LA. 70808
Jonathan Say – December 31st – Freeman Law

I'm flexible on the times for Mr. Gilmore and Ms. McGee, as they will be on the same day.  I suspect both depositions will be less lengthy than any of the others we have taken.

Also, please be advised that Kevin Krause with the Dallas Morning News intends to be present during the deposition of Darlene Coleman.  I wanted to give you notice on that.

Thanks,

Jason



Jason B. Freeman, JD, CPA
Managing Member

2595 Dallas Parkway, Suite 420
Frisco, Texas 75034

| | |
|---|---|
| Direct: | 214.984.3410 |
| Toll Free: | 855.676.1040 |
| Fax: | 214.984.3409 |



Government Exhibit
1

http://www.FreemanLaw-Pllc.com/

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above.  If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited.  If you receive this communication in error, do not read

it.  Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer.  Thank you.