THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY AND MII'S, INC., <br> TONY THANGSONGCHAROEN, and <br> SOMNUEK THANGSONGCHAROEN <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § § | Case No. 3:17-cv-609-B |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pending before the Court is amicus curiae The Dallas Morning News, Inc.'s Motion for Leave to File Amicus Brief.  Having considered the Motion, arguments, and other papers on record, the Court GRANTS the Motion.  The Clerk is instructed to file the amicus brief attached to the Motion.

SIGNED this _____ day of December 2018.

_____
HON. IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE

22090114v.1

1