IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. § <br> TONY THANGSONGCHAROEN, and § <br> SOMNUEK THANGSONGCHAROEN § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | Case No. 3:17-cv-609-B |

**ORDER GRANTING THE UNITED STATES' UNOPPOSED
MOTION FOR A STAY OF DEADLINES**

The Court, having reviewed the United States' Unopposed Motion for a Stay of all Deadlines in this Matter in light of Lapse of Appropriations, in the above-captioned case, and for good cause showing, **GRANTS** the motion. Once funds have been appropriated for the Department of Justice, counsel for the United States will inform the Court, at which point, new deadlines will be scheduled.

                                                                           _____
                                                                           JANE BOYLE
                                                                           UNITED STATES DISTRICT JUDGE