IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY AND MII'S, INC., et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-609-B |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

By electronic order of reference filed December 11, 2018, before the Court for determination is the *United States' Amended Emergency Motion for Protective Order Pursuant to Fed. R. Civ. P. 26 (c) and Brief*, filed December 10, 2018 (doc. 43).

An oral argument has been scheduled for **Friday, February 8, 2019, at 9:00 a.m.** in courtroom 1566. Unless otherwise ordered, the motion will be determined based on the relevant filings. No evidence will be received at the oral argument. **All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 30th day of January, 2019.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE