IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. §<br>TONY THANGSONGCHAROEN, and §<br>SOMNUEK THANGSONGCHAROEN §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>UNITED STATES OF AMERICA, §<br>§<br>Defendant. § | Case No. 3:17-cv-609-B |

## JOINT MOTION TO CONTINUE ORAL ARGUMENT [DKT. 55] PENDING SETTLEMENT DISCUSSIONS FOR A TWO-WEEK PERIOD

Plaintiffs Tony and Mii's, Inc., Tony Thangsongcharoen, and Somnuek Thangsongcharoen ("Tony and Mii's") and Defendant United States of America ("United States"), collectively the Parties, move the Court to continue the oral argument scheduled for Friday, February 8, 2019, at 9:00 a.m. [Dkt. #55] as to the United States' Amended Emergency Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) and Brief [Dkt. #43], to allow the parties a two-week period to pursue new settlement negotiations that may eliminate the need for a determination with respect to the United States' motion.

The Further Additional Continuing Appropriations Act of 2019, H.J. Resolution 28, appropriating funds for the Department of Justice through February 15, 2019, was signed into law on January 25, 2019. Since January 28, 2019, the parties have been engaged, through their counsel, in meaningful and responsive settlement negotiations. Plaintiff's counsel requires additional time to confer with his clients. This cannot be accomplished, however, before the February 8, 2019 hearing. The Parties therefore respectfully request that the oral argument be reset to a date that is on or after two weeks from the original date for oral argument (February 8,

2019).  A reset will allow the Parties an opportunity to resolve this case, and if able to do so, without utilizing the Court's time and resources for an oral argument and trial of this case.

## CONCLUSION

The Parties move the Court to continue the oral argument set to be heard on February 8, 2019, as to the United States' motion [Dkt. 43], to a date that is on or after two-weeks from February 8, 2019.

/s/ Moha P. Yepuri_____
CURTIS C. SMITH
State Bar No.  AZ 026374
MOHA P. YEPURI
Texas State Bar No. 24046651
Trial Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9734/67
(214) 880-9741 (fax)
Curtis.C.Smith@usdoj.gov
Moha.P.Yepuri@usdoj.gov

ATTORNEYS FOR UNITED STATES


/s/  Jason  B.  Freeman  with permission   by   Moha   P. Yepuri_____
JASON B. FREEMAN
Freeman Law, PLLC
2595 Dallas Parkway, Suite 20
Frisco, Texas 75034
Jason@freemanlaw-pllc.com

COUNSEL FOR PLAINTIFFS

CERTIFICATE OF CONFERENCE

I certify that on February 6, 2019, I conferred with counsel for Plaintiffs, Jason B. Freeman, and he stated in writing that he joined in the above-stated motion.

/s/ Moha P. Yepuri
MOHA P. YEPURI

CERTIFICATE OF SERVICE

I certify, that on February 7, 2019, I filed the foregoing using the Clerk's ECF system which will serve an electronic copy on the following:

Jason B. Freeman
Freeman Law, PLLC
2595 Dallas Parkway, Suite 420
Frisco, Texas 75034
Jason@freemanlaw-pllc.com
    Counsel for all Plaintiffs

/s/ Moha P. Yepuri
MOHA P. YEPURI