IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY AND MII'S, INC. | § | |
| TONY THANGSONGCHAROEN, and | § | |
| SOMNUEK THANGSONGCHAROEN | § | Case No. 3:17-cv-609-B |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO CONTINUE ORAL ARGUMENT [DKT. 55] PENDING SETTLEMENT DISCUSSIONS FOR A TWO-WEEK PERIOD**

Before the Court is Plaintiffs Tony and Mii's, Inc., Tony Thangsongcharoen, and Somnuek Thangsongcharoen ("Tony and Mii's") and Defendant United States of America ("United States"), collectively the Parties, Joint Motion to Continue Oral Argument [Dkt. #55] for a two-week period.  Upon consideration of the motion, the representations made therein, the Court is of the opinion that the motion has merit and should be GRANTED.  Therefore, the oral argument set to be heard as to the United States' Amended Emergency Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) and Brief [Dkt. #43] on February 8, 2019, at 9 a.m. is reset to _____, 2019 at _____.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE