IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. §<br>TONY THANGSONGCHAROEN, and §<br>SOMNUEK THANGSONGCHAROEN §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>UNITED STATES OF AMERICA, §<br>§<br>Defendant. § | Case No. 3:17-cv-609-B |

## ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS

Before the Court is Plaintiffs Tony and Mii's, Inc., Tony Thangsongcharoen, and Somnuek Thangsongcharoen ("Tony and Mii's") and Defendant United States of America ("United States"), collectively "the Parties," Notice of Settlement and Joint Motion for Temporary Stay of Proceedings [D.E. 58]. Upon consideration of the motion, and for good cause showing, the Court **GRANTS** the motion. This matter is hereby stayed for a period of ninety (90) days, or until May 20, 2019. On or before the expiration of this ninety day period, the Parties shall either file a stipulation of dismissal, or a status report to inform the Court of any further action that is needed.

Furthermore, it is **ORDERED** that the hearing on the United States' Amended Motion for Protective Order [D.E. 43], the Pretrial Conference, and the Trial Setting, currently set for February 26, 2019, May 31, 2019, and June 3, 2019, are hereby **VACATED**.

_____
JANE BOYLE
UNITED STATES DISTRICT JUDGE