IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY AND MII'S, INC. § <br> TONY THANGSONGCHAROEN, and § <br> SOMNUEK THANGSONGCHAROEN § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | Case No. 3:17-cv-609-B |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

| | |
|---|---|
| /s/ Jason B. Freeman <br> JASON B. FREEMAN <br> Texas State Bar No. 24069736 <br> Freeman Law, PLLC <br> 2595 Dallas Parkway, Suite 20 <br> Frisco, Texas 75034 <br> (214) 984-3410 <br> (214) 984-3409 <br> Jason@freemanlaw-pllc.com <br> <br> <br> <br> ATTORNEY FOR PLAINTIFFS, <br> TONY AND MII'S, INC. <br> TONY THANGSONGCHAROEN, and <br> SOMNUEK THANGSONGCHAROEN | /s/ Moha P. Yepuri <br> CURTIS C. SMITH <br> State Bar No. AZ 026374 <br> MOHA P. YEPURI <br> Texas State Bar No. 24046651 <br> Trial Attorneys, Tax Division <br> U.S. Department of Justice <br> 717 N. Harwood, Suite 400 <br> Dallas, Texas 75201 <br> (214) 880-9734/67 <br> (214) 880-9741 (fax) <br> Curtis.C.Smith@usdoj.gov <br> Moha.P.Yepuri@usdoj.gov <br> <br> ATTORNEYS FOR UNITED STATES |

CERTIFICATE OF SERVICE

    I certify, that on April 18, 2019, I filed the foregoing using the Clerk's ECF system which will serve an electronic copy on all counsel of record.

    /s/ Jason B. Freeman
    Jason B. Freeman